# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brad K. Pratt | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   12cv190 (JNE/JJK) |
| v. | |
| Enhanced Recovery Company, LLC, *a foreign limited liability company* | |
| Defendant(s) | |

It appearing that defendant(s) Enhanced Recovery Company, LLC is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Enhanced Recovery Company, LLC

this 13th day of April, 2012.

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)   L. Brennan,              Deputy Clerk