◈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Brian K. Pratt,

   V.

Enhanced Legal Recovery, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-190 JNE/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's claims against Defendant are hereby DISMISSED in their entirety, on the merits and WITH PREJUDICE.

Each party shall bear their own costs and attorneys' fees.

       8/24/12                                    RICHARD D. SLETTEN, CLERK
Date

                                                                                s/Rena L. Riemer
                                                (By)        Rena Lexvold Riemer,  Deputy Clerk